# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | : No. 81 MAP 2013<br>:<br>: Appeal from the order of the<br>: Commonwealth Court at No. 584 MD 2005<br>: dated September 19, 2013.<br>: |
| v. | : |
| PPL GENERATION, LLC AND PPL MARTINS CREEK, LLC, | : |
| DELAWARE RIVERSIDE CONSERVANCY, INC., THOMAS AND NANCY SHAPPELL, AND WILLIAM VOGT, | : |
| Intervenors | : |
| APPEAL OF:   DELAWARE RIVERSIDE CONSERVANCY, INC., THOMAS AND NANCY SHAPPELL, AND WILLIAM VOGT, | : |
| Intervenors | : |

## ORDER

**PER CURIAM**                                   DECIDED:   August 18, 2014

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED**.